CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alexander Michael Santillo**<br>DOB: 2002; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02520MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 3, 2025, at or near Nogales, in the District of Arizona, **Samuel Sotelo** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 3, 2025, at approximately 12:43 p.m., Alexander Michael SANTILLO attempted to enter the U.S. from the Republic of Mexico as a pedestrian via the DeConcini Port of Entry in Nogales, Arizona. During the primary inspection, the U.S. Customs and Border Protection (CBP) officer obtained a negative binding declaration for drugs, weapons, and ammunition from SANTILLO. The officer observed that SANTILLO appeared nervous because he was sweating profusely, and his hands were shaking when handed the officer his tablet with a photo of his Arizona Driver's License. The officer referred SANTILLO for a secondary inspection. A CBP canine, trained to detect the odor of narcotics, alerted to a trained odor emanating from SANTILLO's person. An officer noticed that after the canine alert, SANTILLO put his hand in his pocket and was visibly shaking. Officers conducted a pat down on SANTILLO and found three packages of blue pills strapped around SANTILLO's leg, inside his underwear. A representative sample of the blue pills was field tested and yielded positive results for the characteristics of fentanyl. The packages of fentanyl pills weighed a total of 234.9 grams.




**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>BRIAN ORTIZ-RUIZ Digitally signed by BRIAN ORTIZ-RUIZ<br>Date: 2025.10.06 09:58:29 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Brian Ortiz-Ruiz<br>Homeland Security Investigations |
| Sworn to telephonically  X | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 6, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewed by AUSA Berman